# PD-1343-15

NO.___________

FRANCISCO ARZATE                    §
    Appellant/Petitioner         §     IN THE COURT OF

    §                                  CRIMINAL APPEALS
v.
    §                                  OF TEXAS, AUSTIN

THE STATE OF TEXAS                  §
    Appellee/Respondent         §

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 03 2015

Abel Acosta, Clerk

### APPELLANT/PETITIONER'S _FIRST_ REQUEST FOR AN EXTENSION OF TIME TO FILE OUT-OF-TIME PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

NOV 03 2015

Abel Acosta, Clerk

COMES NOW, Francisco Arzate pro se, in this request for an extension of time of 60 days in which to file his out-of-time Petition for Discretionary Review. And would show the following in support:

On Application for Writ of Habeas Corpus Cause No.1317247-A in the 232nd District Court of Harris County, this Court in a per curiam opinion delivered October 14,2015, granted Appellant/ Petitioner the opportunity to file an out-of-time petition for discretionary review of the judgement of the First Court of Appeals in Cause No.01-12-01074-CR, that affirmed my conviction in Cause No.131724701 The Court of Criminal Appeals Writ No.is WR-83,117-01.

At this time J.Sidney Crowley has filed an unauthorized PDR on my behalf. I did not authorize him to file this! I have already made arrangements to file my PDR pro se. Crowley was found to be ineffective by the Courts. Therefore he was never authorized to file on my behalf.

Due to the unauthorized filing by Crowley I will need extra time to file my PDR after his is withdrawn by leave and order of this Court.

WHEREFORE PREMISES CONSIDERED, Appellant/Petitioner respectfully moves this Court to grant an extension of time of Sixty(60) days from the date the Petition for Discretionary Review is withdrawn that was filed by J.Sidney Crowley on of about the 15th of October, 2015.

Respectfully submitted,

Francisco Arzate #1821766
3001 S. Emily Dr.
Beeville, TX 78102

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing request for an extension of time to file PDR has been forwarded to the Harris County Disctrict Attorney and the State Prosecuting Attorney Lisa C. McMinn at P.O. Box 12405 Austin, TX 78711, using the prison mailing system first class postage prepaid. On this 29th day of October 2015.

Francisco Arzate #1821766